UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.21-20079-CR-GAYLES(s)(s)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(a)(1)(A)

UNITED STATES OF AMERICA

vs.

DALLAS TERRELL SMITH,

Defendant.
_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Purchase of Firearms by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about June 2, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DALLAS TERRELL SMITH,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, the Miami Police Depot, Inc., did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant stated in the Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that:

a. He was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was not the actual buyer of the firearms.

b. He resided at 6736 NW 4th Avenue, Miami, Florida, when in truth and in fact, and as the defendant then and there well knew, he did not reside at that address

All in violation of Title 18, United States, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Taurus, model G2C, 9 mm caliber pistol, serial number TMA71771; and

2. One (1) Taurus, model G2C, 9 mm caliber pistol, serial number TLW18212.

## COUNT 2
### Purchase of Firearms by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about September 5, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DALLAS TERRELL SMITH,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, the Miami Police Depot, Inc., did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant stated in the Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that:

a. He was the actual buyer of the firearms, when in truth and in fact, and as the defendant then and there well knew, he was not the actual buyer of the firearms.

b. He resided at 6736 NW 4th Avenue, Miami, Florida, when in truth and in fact, and as the defendant then and there well knew, he did not reside at that address

All in violation of Title 18, United States, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) American Tactical, model ATI Milsport 5.56 mm caliber rifle, serial number MSA022219; and

2. One (1) Radical Firearms, model RF15, 5.56 mm caliber pistol, serial number RT04642.

## COUNT 3
### Purchase of Firearms by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about March 16, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DALLAS TERRELL SMITH,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, the Miami Police Depot, Inc., did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant stated in the Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that he resided at 6736 NW 4th Avenue, Miami, Florida when in truth and in fact, and as the defendant then and there well knew, he did not reside at that address, in violation of Title 18, United States, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Taurus, model G2C, 9 mm caliber pistol, serial number AAM110342;
2. One (1) Glock, model 19X, 9 mm caliber pistol, serial number ADKX590; and
3. One (1) Century Arms, model Draco, 7.63x39 mm caliber pistol, serial number DF-2808-19.

## COUNT 4
### Dealing in Firearms
### (18 U.S.C. § 922(a)(1)(A))

From in or around September 2018, the exact date being unknown to the Grand Jury, and continuing through on or about November 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DALLAS TERRELL SMITH,**

3

did willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

A TRUE BILL

███████████████

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY