UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF FLORIDA

CASE NO. 21-20079-CR-GAYLES(s)

UNITED STATES OF AMERICA

v.                           **TRIAL EXHIBIT LIST**

DALLAS TERREL SMITH,

     **Defendant.**
_____/

| Presiding Judge: Honorable Judge Darrin P. Gayles | | | AUSA: Christine Hernandez & Elena Smukler | Defendant's Attorney: Barry Wax |
|---|---|---|---|---|
| USA No. | Date Offered | Date Admitted | Court Reporter: Patricia Diaz | Courtroom Deputy: Rehan Ahmed |
| | | | DESCRIPTION | |
| 1 | 10/11/22 | 10/11/22 | Gun Purchase Documents 09/11/2018 | |
| 2 | 10/11/22 | 10/11/22 | Gun Purchase Documents 10/07/2018 | |
| 3 | 10/11/22 | 10/11/22 | Gun Purchase Documents 12/23/2018 | |
| 4 | 10/11/22 | 10/11/22 | Gun Purchase Documents 12/30/2018 | |
| 5 | 10/11/22 | 10/11/22 | Gun Purchase Documents 01/06/2019 | |
| 6 | 10/11/22 | 10/11/22 | Gun Purchase Documents 01/10/2019 | |
| 7 | 10/11/22 | 10/11/22 | Gun Purchase Documents 01/27/2019 | |
| 8 | 10/11/22 | 10/11/22 | Gun Purchase Documents 02/02/2019 | |
| 9 | 10/11/22 | 10/11/22 | Gun Purchase Documents 01/02/2019 | |
| 10 | 10/11/22 | 10/11/22 | Gun Purchase Documents 02/28/2019 | |
| 11 | 10/11/22 | 10/11/22 | Gun Purchase Documents 04/26/2019 | |
| 12 | 10/11/22 | 10/11/22 | Gun Purchase Documents 05/24/2019 | |
| 13 | 10/11/22 | 10/11/22 | Gun Purchase Documents 06/02/2019 | |
| 14 | 10/11/22 | 10/11/22 | Gun Purchase Documents 08/03/2019 | |
| 15 | 10/11/22 | 10/11/22 | Gun Purchase Documents 09/05/2019 | |
| 16 | 10/11/22 | 10/11/22 | Gun Purchase Documents 03/16/2020 | |
| 17 | 10/12/22 | 10/12/22 | Gun Purchase Documents 05/14/2020 | |
| 18 | 10/12/22 | 10/12/22 | Gun Purchase Documents 11/02/2020 | |
| 19 | 10/12/22 | 10/12/22 | FFL Search | |
| 20 | 10/11/22 | 10/11/22 | FFL Johnson | |
| 21 | 10/11/22 | 10/11/22 | FFL AB Pawn & Gun | |

| Presiding Judge: Honorable Judge Darrin P. Gayles | | | AUSA: Christine Hernandez & Elena Smukler | Defendant's Attorney: Barry Wax |
|---|---|---|---|---|
| USA No. | Date Offered | Date Admitted | Court Reporter: Patricia Diaz | |
| | | | DESCRIPTION | |
| 22 | 10/11/22 | 10/11/22 | FFL Miami Police Depot | |
| 23 | 10/12/22 | 10/12/22 | Certified Revenue Documents | |
| 24 | 10/12/22 | 10/12/22 | Dallas T. Smith DAVID | |
| 25 | 10/12/22 | 10/12/22 | Certified Wages and Earning | |
| 26 | 10/12/22 | 10/12/22 | Photo of Christopher Bogle | |
| 27 | 10/12/22 | 10/12/22 | Photos of gun in car | |
| 28 | 10/12/22 | 10/12/22 | Photos of gun and ammo | |
| 29 | 10/12/22 | 10/12/22 | Christopher Bogle DAVID | |
| 30 | 10/12/22 | 10/12/22 | Jonathan L. Godfrey DAVID | |
| 31 | 10/11/22 | 10/11/22 | ATF Form 4473 | |
| 32 | 10/12/22 | 10/12/22 | Taurus G2C 9 MM TMA71771 Pistol | |
| 33 | 10/12/22 | 10/12/22 | Radical Firearms RF15 Multi RT04642 Pistol | |
| 34 | 10/12/22 | 10/12/22 | Audio Recording of Dallas Smith Statement | |
| Composite 35A, 35B, 35C | 10/12/22 | 10/12/22 | Trace Summary Reports | |